IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOSE VELEZ, JR., | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15cv00516 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COURTNEY, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that that Velez's complaint is **DISMISSED without prejudice** for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1) and this case is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This __25th__ day of April, 2016.

                                                             */s/ Norman K. Moon*
                                                             NORMAN K. MOON
                                                             UNITED STATES DISTRICT JUDGE